UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| VERNON ULRICH, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:10CV89 JCH (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed December 2, 2011. (ECF No. 21). See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner and dismiss Plaintiff's Complaint with prejudice. Plaintiff filed his response to the Report and Recommendation on December 16, 2011, requesting that the Court reverse the final decision of the Commissioner or, alternatively, remand his cause to the Commissioner. (ECF No. 23).

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 21) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 21st day of February, 2012.

                                           /s/Jean C. Hamilton
                                           UNITED STATES DISTRICT JUDGE