UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| VERNON ULRICH, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 2:10CV89 JCH (LMB) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **JUDGMENT**

In accordance with the Report and Recommendation entered December 2, 2011, and the

Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is

**DISMISSED** with prejudice.


Dated this 21st day of February, 2012.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE